UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) NO. 3:22-cr-00386 |
| | ) JUDGE RICHARDSON |
| [4] BREANNA COLLINS | ) |
| | ) |

**ORDER TO RETURN DEFENDANT TO STATE CUSTODY TEMPORARILY**

Pending before the Court is Defendant's Second Unopposed Motion to Allow Defendant to Attend State Court Appearance (Doc. No. 114, "Motion"), wherein Defendant requests that she be permitted to return to state custody for a particular court hearing on June 30, 2025. In addition, the Government represents that Defendant does not object to the Motion. (Doc. No. 114 at 2). Upon good cause shown, and absent objection from the Government, the Court **GRANTS** the Motion.

Accordingly, the U.S. Marshals Service shall relinquish custody of Defendant to the Maury County Sheriff's Department in Nashville, Tennessee, on the morning of June 30, 2025, and shall receive custody of Defendant back from the Maury County Sheriff's Department upon completion of the hearing which is scheduled for June 30, 2025.

IT IS SO ORDERED.

_____
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE